IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 22 P 2: 54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR159-CSC |
| | ) | (18 U.S.C. 641) |
| JENNIFER C SCOTT | ) | |
| | ) | |
| | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

COUNT

On or about the 6th day of May 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **JENNIFER C SCOTT** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*N t*
NEAL B. FRAZIER
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

STATE OF ALABAMA           )
                           )           **AFFIDAVIT**
COUNTY OF MONTGOMERY       )

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 6 May 2006, via closed circuit video monitors, I observed JENNIFER C SCOTT put a bracelet on her wrist. SCOTT shopped around for a while before removing the price tag from one of the bracelets, folding it up, and putting it in a cologne display. SCOTT then went back to the jewelry display where she put back several bracelets back but not the one on her wrist. SCOTT then selected another bracelet and put it on her wrist. SCOTT went through checkout and paid for several items but not for the bracelets on her wrist. SCOTT then left the store and set off the electronic gate. I detained her in the lobby and escorted her to the manager's office. Security forces responded. The two bracelets which she left the store without paying for were an Ashley B. Bracelet ($7.95) and a Nickel Free Cuff bracelet ($5.95) for a total value of $13.90.

*Robert Smith*
ROBERT SMITH

Subscribed and sworn to before me this 6th day of June, 2006.

*[signature]*
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS