IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No.:  2:06-cr-00159-CSC |
| | ) | |
| JENNIFER C. SCOTT, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

**COME NOW** Thomas J. Azar, Jr., and files herein his appearance of counsel, for and on behalf of the Defendant, JENNIFER C. SCOTT.   In filing, Counsel requests the following:

1.    That notices of continuances, trial setting, docket setting, or otherwise, announcements or notices regarding said case be forwarded to this address provided herein.

2.    That name of counsel be entered herein on the appropriate court records.

Respectfully submitted this 11th day of July, 2006.

/s/   Thomas J. Azar, Jr.
THOMAS J. AZAR, JR.  (AZA006)

Of Counsel:

Law Office of Thomas J. Azar, Jr., LLC
609 South McDonough Street
Montgomery, AL   36104
Office   (334) 263-5363
Fax      (334) 263-3988
Email    tjazar@al-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Honorable Kent Brunson, Assistant United States Attorney by electronic service through the United States District Court Clerk's Office, on this the 11th day of July, 2006.

/s/   Thomas J. Azar, Jr.
THOMAS J. AZAR, JR.  (AZA006)