COURTROOM DEPUTY MINUTES            DATE:   7/11/06
MIDDLE DISTRICT OF ALABAMA          FTR RECORDED: 10:27 - 10:29 and 10:41 - 10:50

√ **ARRAIGNMENT**   ❑ **CHANGE OF PLEA**   √ **CONSENT PLEA**

❑ **RULE 44(c) HEARING**   ❑ **SENTENCING**

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*   **DEPUTY CLERK:** *WANDA STINSON*
**CASE NUMBER:** *2:06CR159-CSC*   **DEFENDANT NAME:** *JENNIFER C. SCOTT*
**AUSA:** *NEAL B. FRAZIER*   **DEFENDANT ATTY:** *THOMAS AZAR*

Type Counsel: ( ) Waived;  ( √ ) Retained;   ( ) Panel CJA;  ( ) CDO

**USPO:** _____

**Defendant** ____ does __ does NOT need and interpreter.

**Interpreter present?** _____ NO _____ YES   Name: _____

√   This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❑   WAIVER OF INDICTMENT executed and filed.

❑   INFORMATION filed.

❑   Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❑ Not Guilty                              ❑ Nol Contendere

   ❑ Not Guilty by reason of insanity

   √ Guilty as to:

      √ Count(s) __1__ of the Misdemeanor Information

      ❑ Count(s) _____   ❑ dismissed on oral motion of USA;

      ❑ to be dismissed at sentencing

❑   **CRIMINAL TERM**: _____   ❑ **WAIVER OF SPEEDY TRIAL** filed.
   **DISCOVERY DISCLOSURE DATE**: _____

√   **ORAL** plea agreement filed.  ❑ Written plea agreement.  ❑ **ORDERED SEALED.**

√   **ORAL ORDER** Adjudicating defendant guilty.

√   **APPEARANCE BOND** executed.

   ❑ Trial on _____ ; √ Sentencing on __9/27/06__  ❑ to be set by separate order.

❑   **ORDER:**   Defendant remanded to custody of U. S. Marshal for:

      Trial on _____ ; or  ❑ Sentencing on _____

**The agreement between parties is that the Govt.'s will recommend $200.00 fine and 6 mos. Probation.**