IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:06CR159-CSC |
| | ) | |
| JENNIFER C. SCOTT | ) | |
| | ) | |

**ORDER**

For good cause, it

**ORDERED** that the defendant is set for Sentencing on **September 25, 2006 at 9:30 a.m.**, before the undersigned Magistrate Judge, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 13th day of July, 2006.

　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE