COURTROOM DEPUTY MINUTES  
MIDDLE DISTRICT OF ALABAMA

DATE: **SEPT. 25, 2006**

FTR: RECORDED:   9:30 a.m. to 9:35 a.m.

❏ **ARRAIGNMENT**   ❏ **CHANGE OF PLEA**   ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**   ✓ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*    **DEPUTY CLERK:** *WANDA STINSON*

**CASE NUMBER:** *2:06CR159-CSC*    **DEFENDANT:** *JENNIFER C. SCOTT*

**AUSA:** *NEAL B. FRAZIER*    **DEFENDANT ATTY:** *THOMAS AZAR*

Type Counsel: ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  ( ) CDO

**USPO:** *AL LANCASTER*

Defendant ____ does  ✓ does NOT need and interpreter.  Name: _____

---

( ✓ ) COURT PROCEEDING: **SENTENCING**

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| | |
|---|---|
| **Description** | Change of plea hrgs.  06cr159-CSC |
| **Date** | 9/25/2006 |
| **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 9:30:42 AM | USA v. Scott | Court Convenes; Parties present as noted; Discussion of guilty plea entered and the agreement with the United States; The govt. recommended a sentence of six mos. probation and $200 fine. Unpon reveiw, the court finds that that does not address the criminal conduct in this case, and the court will follow the sentence recommendation in this case; Deft advised for right to withdraw guilty plea; |
| 9:31:43 AM | Atty. Azar | Addresses the court - has spoken with deft about that and is ready to go forward; |
| 9:31:52 AM | Court | Addresses the deft as to her decision and understanding that she will not withdraw her guilty plea even though the court will not follow the sentencing recommendation in the plea agreement; |
| 9:32:02 AM | Deft. Scott | Yes; |
| 9:32:02 AM | Court | Discussion regarding the presentence report; There are no objections to the report; The court adopts the factual statements contained in the presentence report as stated; |
| 9:32:50 AM | Atty. Azar | Addresses the court on behalf of the deft before sentence is pronounced; |
| 9:33:51 AM | Court | Court states sentence; 1yr prob; $25 SA; $200 fine and the mandatory and standard conditions of release; Deft shall maintain child support payments at the current level or at any increase level as maybe ordered by a court of competent jurisdiction; Are there any objections to the sentence or to the manner in which the court has pronounced it? |
| 9:35:30 AM | Atty. Azar | No sir; |
| 9:35:34 AM | Court | Court orders sentence imposed as stated; Defendant advised of right to appeal; |
| 9:35:51 AM | Court | Court is recessed. |