UNITED STATES GOVERNMENT
# MEMORANDUM

| | |
|---|---|
| TO: | The Honorable Charles S. Coody<br>Chief U.S. Magistrate Judge |
| REPLY TO ATTN OF: | David Ron Thweatt<br>Supervisory U.S. Probation Officer |
| RE: | **SCOTT, Jennifer C.**<br>**Case No.: 2:06cr159-CSC**<br>**Request for Early Termination** |
| DATE: | June 11, 2007 |

## COURT HISTORY

On September 25, 2006, Scott was sentenced by Your Honor to a one (1) year term of probation following a plea of guilty to Theft of Government Property.  Special conditions ordered by the Court included: (1) Participate in drug testing and contribute to the cost of any testing based on ability to pay and availability of third party payments; (2) Participate in the home confinement program for a period of four (4) months as well as pay the cost of electronic monitoring; and  (3) Pay a $25 special assessment fee and a $250 fine at a rate of $50 per month.

## SUPERVISION HISTORY

Scott has been supervised since her sentencing by the U.S. Probation Office for the Southern District of Texas (Houston).  According to her supervising officer, USPO Scott E. McMillan, Scott has complied with her conditions of supervision.  He reports that the offender has completed her four (4) months of home confinement as well as paid off her special assessment fee and fine.   USPO McMillan notes that Scott  has submitted to urinalysis testing with all tests being negative.  Criminal record checks have been conducted by the supervising district which revealed no new arrests or pending charges.

## RECOMMENDATION

USPO McMillan  recommends that Scott's supervision be terminated early.  The offender is scheduled to complete her one (1) year term probation on September 24, 2007.  An order is attached should Your Honor agree to terminate supervision.

Respectfully submitted,

/s/ David Ron Thweatt
David Ron Thweatt
Supervisory U.S. Probation Officer

.

———