✎PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Middle District of Alabama

UNITED STATES OF AMERICA

v.   Crim. No.   2:06CR159-CSC

JENNIFER C. SCOTT

On _____September 25, 2006_____ the above named was placed on probation for a period of __1__ year. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

/s/ David Ron Thweatt
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___13th___ day of _____June_____, 20 _07_.

/s/ Charles S. Coody
Chief U. S. Magistrate Judge